STEPHEN J. HIRSCHFELD (SBN 118068)
DONNA M. RUTTER (SBN 145704)
ZACHARY P. HUTTON (SBN 234737)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
ALL RISKS, LTD.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC. a corporation and DOES 1-50, inclusive,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive<br><br>Defendants. | Case No. C 07 4636 MEJ<br><br>**DECLARATION OF MICHAEL P. MCGRATH IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** |

I, MICHAEL P. MCGRATH, declare as follows:

1. I am a Defendant in the case entitled Crump Insurance Services, Inc. v. Michael P. McGrath, et al., Case No. CGC 07-466807. I am informed and believe that this lawsuit was filed on or about August 31, 2007 in the Superior Court of the State of California, County of San Francisco. However, I have not been served with a copy of the Complaint or Summons.

I declare under penalty of perjury under the laws of the State of California that the

3348564

1 | foregoing is true and correct. Executed on September 7, 2007, at ___NOVATO___, California.

2

3 | */s/ Michael P. McGrath*
4 | MICHAEL P. MCGRATH

DECLARATION OF MICHAEL P. MCGRATH IN SUPPORT OF NOTICE OF