1  STEPHEN J. HIRSCHFELD (SBN 118068)
   DONNA M. RUTTER (SBN 145704)
2  ZACHARY P. HUTTON (SBN 234737)
   CURIALE DELLAVERSON HIRSCHFELD
3    & KRAEMER, LLP
   727 Sansome Street
4  San Francisco, CA  94111
   Telephone:  (415) 835-9000
5  Facsimile:  (415) 834-0443

6  Attorneys for Defendant
   ALL RISKS, LTD.
7

8                UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT

10                SAN FRANCISCO DIVISION

11

12 | CRUMP INSURANCE SERVICES, INC. | Case No.  C 07 4636
13 | a corporation and DOES 1-50, inclusive, | **PROOF OF SERVICE**
14 |                                   |
15 | Plaintiff,                        |
   | vs.                               |
16 |                                   |
17 | MICHAEL P. MCGRATH, an individual, |
   | ALL RISKS, LTD., a corporation, and |
18 | Does 1 through 50, inclusive      |
19 | Defendants.                       |

PROOF OF SERVICE ISO NOTICE OF FILING OF NOTICE OF REMOVAL; CASE NO.: CGC 07-4638MEJ

# PROOF OF SERVICE BY U.S. MAIL

I am a citizen of the United States and a resident of the State of California. I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 727 Sansome Street, San Francisco, California 94111.

On September 10, 2007, I served the following documents:

- **NOTICE OF FILING OF REMOVAL;**

- **NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. SECTIONS 1332 AND 1443 [DIVERSITY JURISDICTION];**

- **DECLARATION OF MICHAEL P. MCGRATH IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT; AND**

- **PROOF OF SERVICE (DATED SEPTEMBER 7, 2007).**

on the interested parties in this action by placing the **true copy** thereof, enclosed in a sealed envelope, with postage prepaid, addressed as follows:

**Via U.S. Mail**

Douglas W. Stern, Esq.
Fulbright & Jaworski, L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071

I am familiar with the business practice of CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP in respect to the collection and processing of correspondence, pleadings and notices for transmission via U.S. Mail Delivery.

The foregoing sealed envelope was placed for collection and sent this date consistent with the ordinary business practice of CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, so that it will be picked up this date with the United States Post Office with the fee thereon fully prepaid at San Francisco, California, in the ordinary course of such business.

[X] **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2007.

/s/ Patricia Brown
Patricia Brown