| | |
|---|---|
| 1 | STEPHEN J. HIRSCHFELD (SBN 118068) |
| | DONNA M. RUTTER (SBN 145704) |
| 2 | ZACHARY P. HUTTON (SBN 234737) |
| | CURIALE DELLAVERSON HIRSCHFELD |
| 3 | & KRAEMER, LLP |
| | 727 Sansome Street |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 835-9000 |
| 5 | Facsimile:  (415) 834-0443 |
| 6 | Attorneys for Defendant |
| | ALL RISKS, LTD. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC. a corporation and DOES 1-50, inclusive, | Case No.  C 07 4636 |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE** |
| vs. | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

///

///

///

1

DECL. TO PROCEED; CASE NO.:  C 07 4636

| | |
|---|---|
| Dated:  September 25, 2007 | CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP |
| | By: _____/s/ Zachary P. Hutton_____<br>Stephen J. Hirschfeld<br>Donna M. Rutter<br>Zachary P. Hutton |
| | Attorneys for Defendant<br>ALL RISKS, LTD. |

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. TO PROCEED; CASE NO.:  C 07 4636