**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                                          415.522.2000

**October 2, 2007**

**CASE NUMBER:  CV 07-04636 MEJ**
**CASE TITLE:  CRUMP INS. SERVICES-v-MICHAEL P. MCGRATH**

REASSIGNMENT ORDER

   GOOD CAUSE APPEARING THEREFOR,

   IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MAXINE M. CHESNEY**  for all further proceedings.

   Counsel are instructed that all future filings shall bear the initials **MMC**  immediately

after the case number.


   ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/2/07

                                                            FOR THE EXECUTIVE COMMITTEE:

                                                            _____Richard W. Wieking_____
                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                      Entered in Computer 10/2/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA