DOUGLAS W. STERN (BAR NO. 82973)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Plaintiff CRUMP INSURANCE SERVICES, INC. a Texas Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC. a Texas Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD. a corporation, and Does 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.  C 07 4636<br><br>Honorable Maxine M. Chesney<br><br>**DEMAND FOR JURY TRIAL**<br><br>**[F.R.C.P. 38(b); Local Rule 3-6.]** |

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 3-6, Plaintiff Crump Insurance Services, Inc., Inc. hereby demands trial by jury of all issues so triable that are raised by Crump Insurance Services, Inc.'s Complaint

///

///

///

///

1  and the Answer of Defendants filed September 27, 2007 in the above-referenced
2  action, or which hereinafter may be raised in this action.
3
4  Dated:      October 4, 2007           DOUGLAS W. STERN
                                         **FULBRIGHT & JAWORSKI L.L.P.**
5
6
7                                        By      /s/
                                            DOUGLAS W. STERN
8                                           Attorneys for Plaintiff CRUMP
                                            INSURANCE SERVICES, INC.
9