1  DOUGLAS W. STERN (BAR NO. 82973)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   Email: dstern@fulbright.com
5
   Attorneys for Plaintiff CRUMP
6  INSURANCE SERVICES, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRUMP INSURANCE SERVICES, INC., ) Civil Action No. C-07-4636 MMC
                                    )
12 |          Plaintiff,             ) **NOTICE OF CASE
                                    ) MANAGEMENT
13 |    v.                           ) CONFERENCE ORDER AND
                                    ) STANDING ORDERS FOR
14 | MICHAEL P. MCGRATH, an individual, ) CIVIL CASES ASSIGNED TO
     ALL RISKS, LTD., a corporation, and ) THE HONORABLE MAXINE
15 | Does 1 through 50, inclusive,   ) E. CHESNEY**
                                    )
16 |          Defendants.            ) Date:   December 14, 2007
                                    ) Time:   10:30 a.m.
17                                   ) Crtrm:  7

18        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that a Case Management Conference has been
20 scheduled by the Court on December 14, 2007, at 10:30 a.m., in Courtroom No. 7
21 of the above-identified Court. A true and correct copy of the Case Management
22 Conference Order and Standing Orders for Civil Cases Assigned to the Honorable
23 Maxine M. Chesney is attached hereto.

24

25                                  DOUGLAS W. STERN
   Dated:    October 19, 2007       **FULBRIGHT & JAWORSKI L.L.P.**
26

27
                                    By _____
28                                      DOUGLAS W. STERN
                                 - 1 -

DOCUMENT PREPARED ON RECYCLED PAPER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRUMP INSURANCE SERVICES, INC ) | | |
| ) | | |
| ) | | |
| Plaintiff(s), ) | NO. C-07-4636    MMC | |
| ) | | |
| vs. ) | | |
| ) | CASE MANAGEMENT | |
| MICHAEL P. MCGRATH, ) | CONFERENCE ORDER | |
| ) | | |
| Defendant(s), ) | | |
| ) | | |

    IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on  Friday, December 14, 2007  at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

    Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5.  Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

    Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item.  Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

    Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

    Any request to reschedule the above dates shall be made in writing, and, if

possible, by stipulation. Unless impracticable, such request shall be made not less than ten days before the conference date. Good cause must be shown.

    Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

    IT IS SO ORDERED.

Dated:   February 27, 2007.

                                                   MAXINE M. CHESNEY
                                                   United States District Judge

STANDING ORDERS FOR CIVIL CASES
ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. **Electronic Case Filing - Lodging Hard Copies for Chambers**

   In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked **"Chambers Copy"** and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and "E-Filing Chambers Copy."

3. <u>**Scheduling Days:**</u>

   a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:30 p.m.**
   b. Civil Law and Motion Calendar is conducted on Fridays at **9:00 a.m.**
   c. Case Management Conferences are conducted on Fridays at **10:30 a.m.**, with order of call determined by the Court.
   d. Pretrial conferences are generally conducted on Tuesday afternoons at **3:00 p.m.**
   e. Counsel need not reserve a hearing date for motions, but noticed dates may be reset as the Court's calendar requires.

4. **Proposed Orders Required:** Each party filing <u>or opposing</u> a motion shall also serve and file a proposed order which sets forth the relief or action sought and a <u>short</u> statement of the rationale of decision, including citation of authority, that the party requests the Court to adopt.

5. **Discovery:** Discovery motions will be referred to a Magistrate Judge.

6. **Procedural Matters:** Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an administrative request in accordance with Civil Local Rule 7-11. *In either case, no changes in the Court's schedule or procedures shall be made except by signed order of the Court **and only upon a showing of good cause.***

7. **Service of Standing Orders:** Plaintiff is directed to serve copies of these standing orders at once upon all parties to this action and upon those subsequently joined, in accordance with the provisions of Rules 4 and 5, Federal Rules of Civil Procedure, and to file with the Clerk of the Court a certificate reflecting such service.

IT IS SO ORDERED.

Dated: April 20, 2005

Maxine M. Chesney
United States District Judge

# PROOF OF SERVICE

I, Martha Delgado, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On October 19, 2007, I served a copy of the within document(s):

NOTICE OF CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE E. CHESNEY

X    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

     by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

     by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 5:00 p.m.

Stephen J. Hirschfeld, Esq.
Donna M. Rutter, Esq.
Zachary P. Hutton , Esq.
CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
727 Sansome Street
San Francisco, CA  94111
Telephone: (415) 835-9000
Facsimilie: (415) 834-0443

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER

NOTICE OF CASE MANAGEMENT CONFERENCE ORDER AND STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE E. CHESNEY

ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2007, at Los Angeles, California.

_/s/ M. Delgado_
Martha Delgado