| | |
|---|---|
| 1 | STEPHEN J. HIRSCHFELD (SBN 118068) |
|   | DONNA M. RUTTER (SBN 145704) |
| 2 | KRISTEN L. WILLIAMS (SBN 232644) |
|   | CURIALE DELLAVERSON HIRSCHFELD |
| 3 |   & KRAEMER, LLP |
|   | 727 Sansome Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 835-9000 |
| 5 | Facsimile: (415) 834-0443 |
| 6 | Attorneys for Defendants |
|   | MICHAEL P. MCGRATH and |
| 7 | ALL RISKS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | | |
|---|---|---|
| CRUMP INSURANCE SERVICES, INC. a corporation and DOES 1-50, inclusive, | | Case No. C 07 4636 |
| Plaintiff, | | **STIPULATION TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES** |
| vs. | | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive | | |
| Defendants. | | |



The parties hereto, through their respective counsel, stipulate as follows:

1. The time for exchange of Initial Disclosures shall be extended to December 11, 2007.

Dated: December 5, 2007

FULBRIGHT & JAWORSKI, LLP

By: _____
    Douglas Stern

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

Dated:  December 5, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
    Donna M. Rutter
Attorneys for Defendants
MICHAEL P. MCGRATH and ALL RISKS, LTD.