DOUGLAS W. STERN (BAR NO. 82973)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, CA  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
Email: dstern@fulbright.com

Attorneys for Plaintiff CRUMP INSURANCE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., | Civil Action No.  C-07-4636 MMC |
| Plaintiff, | **PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | |
| | **[LOCAL RULE 3-16]** |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 7, 2007

DOUGLAS W. STERN
**FULBRIGHT & JAWORSKI L.L.P.**

By _____/s/_____
    DOUGLAS W. STERN

70152878.1

- 1 -

**PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S CERTIFICATE OF INTERESTED PARTIES**

# PROOF OF SERVICE

I, Martha Delgado, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On December 7, 2007, I served a copy of the within document(s): **PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☐ **(BY FACSIMILE)** I caused said document to be transmitted electronically to the interested parties at the facsimile numbers as stated above.

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed in an envelope or package designated by Federal Express, with delivery fees fully paid and addressed as stated above.

☐ **(BY PERSONAL SERVICE)** I caused the aforementioned document to be personally served at the office of interested parties as stated above.

☒ **(BY CM/ECF)** I am readily familiar with the practice for collection and processing of documents through CM/ECF and on November 7, 2007, I caused a true and correct copy of the above listed document(s) to be filed and served electronically through CM/ECF, by uploading the electronic files for each of the above listed document(s). CM/ECF then notified registered parties via e-mail.

Stephen J. Hirschfeld, Esq.
Donna M. Rutter, Esq.
Zachary P. Hutton , Esq.
CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimilie: (415) 834-0443

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

70152878.1

- 1 -

1   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
2   motion of the party served, service is presumed invalid if postal cancellation date or postage
3   meter date is more than one day after date of deposit for mailing in affidavit.
4        I declare that I am employed in the office of a member of the bar of this court at whose
5   direction the service was made.
6        Executed on December 7, 2007, at Los Angeles, California.

_____
Martha Delgado