UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRUMP INSURANCE SERVICES, INC.

                Plaintiff(s),

      v.

MICHAEL P. MCGRATH,
ALL RISKS, LTD.

                Defendant(s).

Case No. C-07-4636 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/13/07                  _____
                                                    [Party]

Dated: 12/13/07                  _____
                                                    [Counsel]

<pre>
 1                                    PROOF OF SERVICE

 2          I, Martha Delgado, declare:

 3          I am a citizen of the United States and employed in Los Angeles County, California. I am

 4   over the age of eighteen years and not a party to the within-entitled action. My business address

 5   is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. On December 13,

 6   2007, I served a copy of the within document(s): **ADR CERTIFICATION BY PARTIES AND**

 7   **COUNSEL**

 8
            ☐    **(BY FACSIMILE)** I caused said document to be transmitted electronically to the
 9               interested parties at the facsimile numbers as stated above.

10
            ☒    **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and
11               processing correspondence for mailing. Under that practice it would be deposited
                 with the United States Postal Service on that same day with postage thereon fully
12               prepaid at Los Angeles, California in the ordinary course of business. I am aware
                 that on motion of the party served, service is presumed invalid if postal
13               cancellation date or postage meter date is more than one day after date of deposit
                 for mailing affidavit.
14
            ☐    **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed
15               in an envelope or package designated by Federal Express, with delivery fees fully
                 paid and addressed as stated above.
16

17          ☐    **(BY PERSONAL SERVICE)** I caused the aforementioned document to be
                 personally served at the office of interested parties as stated above.
18
            ☒    **(BY CM/ECF)** I am readily familiar with the practice for collection and
19               processing of documents through CM/ECF and on December 13, 2007, I caused a
                 true and correct copy of the above listed document(s) to be filed and served
20               electronically through CM/ECF, by uploading the electronic files for each of the
                 above listed document(s). CM/ECF then notified registered parties via e-mail.
21

22
            Stephen J. Hirschfeld, Esq.
23          Donna M. Rutter, Esq.
            Zachary P. Hutton , Esq.
24          CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
            727 Sansome Street
25          San Francisco, CA 94111
            Telephone: (415) 835-9000
26          Facsimilie: (415) 834-0443

27          I am readily familiar with the firm's practice of collection and processing correspondence

28   for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
</pre>

70152878.1                                - 1 -

ADR CERTIFICATION BY PARTIES AND COUNSEL

DOCUMENT PREPARED
ON RECYCLED PAPER

1  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
2  motion of the party served, service is presumed invalid if postal cancellation date or postage
3  meter date is more than one day after date of deposit for mailing in affidavit.
4        I declare that I am employed in the office of a member of the bar of this court at whose
5  direction the service was made.
6        Executed on December 13, 2007, at Los Angeles, California.

                                                    _____
                                                              Martha Delgado