**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**

E-Filing

Date: _____

C-07-4636-MMC

Crump Insurance Services v. Michael McGrath

Attorneys: Douglas Stern / Kristen Williams

Deputy Clerk: **TRACY LUCERO**   Reporter: Not Reported

**PROCEEDINGS:**   **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 8/29/08. Meet & confer by 10/14/08. Joint statement due by 8/15/08.

(✓) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ✓

(✓) Referred to ~~Magistrate~~ ADR For: Mediation

(✓) By Court
(✓) CASE CONTINUED TO 8/22/08 @ 10:30 for Further Status Conference

Discovery Cut-Off 6/20/08   Expert Discovery Cut-Off 8/15/08

π/Δ ~~Plntf~~ to Name Experts by 7/11/08   π/Δ Rebuttal ~~Deft~~ to Name Experts by 7/25/08

P/T Conference Date 11/18/08 @ 3:00   Trial Date 12/1/08 @ 9:00   Set for 5-10 days
Type of Trial: (✓)Jury   ( )Court

Notes: _____

cc: ADR/MED (15 min)