1  DOUGLAS W. STERN (BAR NO. 82973)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, CA 90071
   Telephone: (213) 892-9200
4  Facsimile: (213) 892-9494
   Email: dstern@fulbright.com
5
   Attorneys for Plaintiff CRUMP
6  INSURANCE SERVICES, INC.

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CRUMP INSURANCE SERVICES, INC.,      )  Civil Action No. C-07-4636 MMC
                                        )
12                  Plaintiff,          )  **STIPULATION CONTINUING**
                                        )  **MEDIATION DEADLINE**
13       v.                             )  AND ORDER THEREON
                                        )
14 MICHAEL P. MCGRATH, an individual,   )
   ALL RISKS, LTD., a corporation, and  )
15 Does 1 through 50, inclusive,        )
                                        )
16                  Defendants.         )
                                        )
17                                      )

18

19       It is hereby stipulated by the parties based upon the following facts:

20       1.      On December 13, 2007, the parties executed the "Stipulation and

21 [Proposed] Order Selecting ADR Process" selecting mediation as of the ADR

22 process. Pursuant to the Stipulation, the parties were to hold the ADR session,

23 within 90 days thereafter, which date is March 13, 2008.

24       2.      The parties conducted an initial telephonic conference with the

25 mediator, Mark Petersen, on or about January 24, 2008.

26       3.      Thereafter, the parties scheduled a number of additional telephonic

27 conferences with the mediator for purposes of selecting a mediation date. Due to

28

circumstances beyond the control of the mediator, he was not able to participate in such scheduling conference calls until March 3, 2008.

4. Based upon the schedule of counsel and the parties, and recognizing that the parties must travel to San Francisco in order to participate in the mediation, and recognizing the need to resolve certain matters related to discovery prior to the mediation, the parties, in conjunction with the mediator, determined that the appropriate available date for conducting the mediation was May 28, 2008.

Therefore, it is hereby stipulated as follows:

1. The date by which the mediation in this matter shall be concluded, shall be May 30, 2008.

IT IS SO STIPULATED.

Dated: March 18, 2008

DOUGLAS W. STERN
FULBRIGHT & JAWORSKI L.L.P.

By _____
DOUGLAS W. STERN
Attorneys for Plaintiff CRUMP
INSURANCE SERVICES, INC.

Dated: March 18, 2008

KRISTEN WILLIAMS
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP

By _____
KRISTEN WILLIAMS
Attorneys for Defendants MICHAEL P MCGRATH; ALL RISKS, LTD.

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the date by which the mediation in this matter shall be concluded shall be May 30, 2008.

IT IS SO ORDERED.

Date: March 20, 2008

_____
Maxine M. Chesney
United States District Judge