```
Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Tara L. Riedley (SBN 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
```
*askanasm@jacksonlewis.com*

Attorneys for Plaintiff CRUMP
INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.  C-07-4636 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO THE CLERK OF THE COURT FOR THE UNITED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S COUNSEL OF RECORD HEREIN:**

Plaintiff CRUMP INSURANCE SERVICES, INC. makes the following substitution:

**Former legal representatives** Douglas W. Stern, Esq. (SBN 82973) and Matthew Bobb, Esq. (SBN 253308) of FULBRIGHT & JAWORSKI L.L.P., 555 South Flower Street, 41st Floor, Los Angeles, California 90071, Phone (213) 892-9200, Facsimile (213) 892-9494.

**New Legal Representatives** Mark S. Askanas, Esq. (SBN 122745), Dylan B. Carp, Esq. (SBN 196846) and Tara L. Riedley, Esq. (SBN 236508) of JACKSON LEWIS LLP, 199 Fremont Street, 10th Floor, San Francisco, California 94105, Phone (415) 394-9400,

SUBSTITUTION APPROVED BY:

DATED: June 6, 2008

CRUMP INSURANCE SERVICES, INC.

By: _____

DATED: June 6, 2008

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Douglas W. Sterns
Matthew Bobb

DATED: June 6, 2008

JACKSON LEWIS LLP

By: _____
Mark S. Askanas
Dylan B. Carp
Tara L. Riedley