Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Tara L. Riedley (SBN 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
*askanasm@jacksonlewis.com*

Attorneys for Plaintiff CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. C-07-4636 MMC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** ; ORDER THEREON |

**TO THE CLERK OF THE COURT FOR THE UNITED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S COUNSEL OF RECORD HEREIN:**

Plaintiff CRUMP INSURANCE SERVICES, INC. makes the following substitution:

**Former legal representatives** Douglas W. Stern, Esq. (SBN 82973) and Matthew Bobb, Esq. (SBN 253308) of FULBRIGHT & JAWORSKI L.L.P., 555 South Flower Street, 41st Floor, Los Angeles, California 90071, Phone (213) 892-9200, Facsimile (213) 892-9494.

**New Legal Representatives** Mark S. Askanas, Esq. (SBN 122745), Dylan B. Carp, Esq. (SBN 196846) and Tara L. Riedley, Esq. (SBN 236508) of JACKSON LEWIS LLP, 199 Fremont Street, 10th Floor, San Francisco, California 94105, Phone (415) 394-9400,

1

1  SUBSTITUTION APPROVED BY:
2
3  DATED: June 6, 2008                    CRUMP INSURANCE SERVICES, INC.
4
5
6                                          By: _____
7
8  DATED: June 6, 2008                    FULBRIGHT & JAWORSKI L.L.P.
9
10
11                                         By: _____
                                               Douglas W. Sterns
12                                             Matthew Bobb
13
14 DATED: June 6, 2008                    JACKSON LEWIS LLP
15
16
17                                         By: _____
                                               Mark S. Askanas
18                                             Dylan B. Carp
                                               Tara L. Riedley
19
20
21
22
23    IT IS SO ORDERED, on the condition that the substitution, by itself, shall
   not constitute good cause to continue any existing deadline or date.
24
25 DATED: June 6, 2008                    _____
                                          United States District Judge
26
27
28

SUBSTITUTION OF COUNSEL                 2                        Case No: C-07-4636 MMC