FILED
JUN 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Crump Insurance Services Inc.,      No. C 07-04636 MMC MED

    Plaintiff(s),      **Certification of ADR Session**

v.

McGrath,

    Defendant(s).

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __5/28/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☑ phone discussions expected by (date) __June 5, 2008__

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO

Dated: __6/5/08__      _____
                                     Mediator, Mark Petersen
                                     Farella, Braun & Martel LLP
                                     235 Montgomery St., 17th Fl.
                                     San Francisco, CA 94104

**Certification of ADR Session**
07-04636 MMC MED