```
Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Tara L. Riedley (SBN 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com
```

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, <br><br>Defendants. | Case No. C-07-4636 MMC <br><br>**DECLARATION OF DYLAN B. CARP IN SUPPORT OF PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S MOTION TO COMPEL DEFENDANT ALL RISKS, LTD. TO RESPOND TO REQUESTS FOR PRODUCTION NOS. 4, 7 AND 26 AND TO PRODUCE UNREDACTED DOCUMENTS AND MOTION TO COMPEL MICHAEL MCGRATH, NICHOLAS CORTEZI, AND CYNTHIA MARTY TO APPEAR FOR FURTHER DEPOSITIONS REGARDING THE DOCUMENTS** <br><br>Date: July 25, 2008 <br>Time: 9:00 a.m. <br>Courtroom: 7 |

I, Dylan B. Carp, declare:

1. I am an associate with Jackson Lewis LLP, the attorneys of record for Plaintiff Crump Insurance Services, Inc. ("Crump"). I submit this Declaration in support of Crump's Motion to Compel. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. I have in good faith conferred with the party failing to make discovery in an effort to obtain it without court action.

3. Attached as Exhibit A is a true and correct copy of the Complaint filed in this case.

4. Attached as Exhibit B is a true and correct copy of the Stipulated Protective Order Regarding Confidentiality in this case, signed by this Court on March 24, 2008.

5. Attached as Exhibit C is a true and correct copy of Defendant All Risks, LTD's Response to Plaintiff's Request for Production of Documents.

6. Attached as Exhibits D-J are true and correct copies of correspondence between me and Kristen Williams, counsel for Defendants, in attempts to resolve the discovery disputes at issue in this motion.

7. Attached as Exhibit K are true and correct excerpts of the transcript of the deposition of Michael P. McGrath taken April 30, 2008, along with Exhibits 4, 8-14, 16, 20, and 21 thereto.

8. Attached as Exhibit L are true and correct excerpts of the rough transcript of the deposition of Michael P. McGrath taken June 10, 2008.

9. Attached as Exhibit M are true and correct excerpts of the transcript of the deposition of Cynthia Marty taken April 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of June, 2008 at San Francisco, California.

_____
Dylan B. Carp

CARP DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL