# EXHIBIT E

06/09/2008 14:29 IFAX econya@jacksonlewis.com → Deposition 001/006
Case 3:07-cv-04636-MMC   Document 32-6   Filed 06/18/2008   Page 2 of 7
09-06-08   02:25pm   From-CURIALE DELLAVERSON, et al.   +415 834 0443   T-959   P.001/006   F-543

# CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

## FACSIMILE TRANSMITTAL SHEET

**DATE:** June 9, 2008

**TO:**  
Mark S. Askanas  
Dylan B. Carp  
JACKSON LEWIS LLP

**FAX NO.:** (415) 394-9401

**PHONE NO.:** (415) 394-9400

**FROM:** Kristen L. Williams       **PHONE:** (415) 835-9051

**RE:** Crump v. Michael P. McGrath and All Risks, LTD

**CLIENT/MATTER NUMBER:** 60170.002

**NUMBER OF PAGES WITH COVER PAGE:** 6       Originals Will Not Follow in Regular Mail

**MESSAGE:**  
Please see attached letter with attachments.

## CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL  
ANGELIQUE PIERRE AT (415) 835-9014 AS SOON AS POSSIBLE.**

727 SANSOME STREET  
SAN FRANCISCO, CA 94111  
(415) 835-9000 • (415) 834-0443

4822-7979-2898

08/09/2008 14:29 IFAX ecarp@jacksonlewis.com → Cortezi ☐ 002/006
Case 3:07-cv-04636-MMG Document 32-6 Filed 06/18/2008 Page 3 of 7
09-06-08 02:25pm From-CURIALE DELLAVERSON, et al. +415 834 0443 T-959 P.002/006 F-543

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

June 9, 2008

KRISTEN L. WILLIAMS
Direct Dial: (415) 835-9051
kwilliams@cdhklaw.com

**VIA FACSIMILE (415) 394-9401**

Dylan B. Carp, Esq.
Mark S. Askanas, Esq.
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

Dear Mr. Carp:

This letter is in response to your letter of June 6, 2008 regarding numerous discovery issues. Additionally, I would like to take this opportunity to respond to additional issues that were raised in your and Mr. Askanas's emails of June 9, 2008.

<u>Depositions of Messrs. McGrath and Cortezi</u>

With regard the first issue you raised – the depositions of Messrs. McGrath and Cortezi, we have received your amended notices of depositions. With regard to the format of Mr. Cortezi's deposition as well as to the requests for production that accompanied his requests, I trust that you are now in receipt of our objections and responses. Thank you for drawing our attention to Mr. Cortezi's original notice of deposition that does notice the intent to use videotape. With that in mind, we no longer object to the videotaping of Mr. Cortezi's deposition.

As to the substantive discovery issues addressed in your letter, I provide the following:

<u>Requests for Production to All Risks and McGrath</u>

First, we will provide you with verifications as soon as possible.

Second, we have already provided Plaintiff with a redaction log. The redaction log was sent via mail to Plaintiff's counsel on May 29, 2008. For your convenience, I am enclosing another copy.

Third, I would like to respond to your attempt to meet and confer with regard to Request for Production Nos. 2, 3-12, and 26 to All Risks and Requests for Production Nos. 1-2, 8-9, 11, and 13-17 to McGrath. To start, this meet and confer attempt is both untimely and redundant. All Risks served its responses to Plaintiff's Request for Production on February 13, 2008. On February 29, 2008 –

4811-4628-4802

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

Dylan B. Carp
Mark S. Askanas
June 9, 2008
Page 2

more than three months ago, Plaintiff's counsel sent a letter requesting a telephone call to meet and confer on various Request for Production. On March 18, 2008, I participated in a lengthy conference call with Mr. Stern of Fulbright & Jaworski wherein we discussed the Requests for Production that were of concern to Plaintiff, some of which are identified in your recent letter. All Risks articulated its position with regard to these requests and did not agree to produce any additional documents.

Subsequently, on April 5, 2008, I later participated in another meet and confer session with Matthew Bobb with regard to Request for Production No. 5. At the conclusion of this conversation, All Risks agreed to produce additional responsive documents to Request for Production No. 5. No further meet and confer discussions were ever initiated by Plaintiff with regard to these Requests for Production. Moreover, All Risks has since provided the additional documents it agreed to produce pursuant to my meet and confer discussions with Mr. Bobb. There is nothing additional to be produced. As such, All Risks and McGrath have already sufficiently met and conferred with Plaintiff on these requests. Any attempt to meet and confer further or move to compel regarding these requests at this late time would be burdensome and harassing in addition to untimely pursuant to Federal Rule of Civil Procedure 5(d)(1).

<u>Depositions of Messrs. Benkelman and Jennings</u>

As a preliminary matter, Defendants believe these depositions are both relevant and necessary. These depositions are relevant as they go to the issue of Defendants' fourth affirmative defense (unclean hands) in terms of the conduct of Crump when hiring a broker from a competitor. Moreover, these depositions will address what is the industry standard and practice for brokers who move from one company to another. Accordingly, there is no basis to either quash the subpoena of Mr. Benkelman or move for a protective order regarding Mr. Jennings. Please let me know if you would like to further meet and confer about this issue.

With regard to Mr. Jennings' location, we can re-notice his deposition for New York. We are also, within the time constraints of this week, agreeable to working on time period for his deposition as well as the depositions of Benkelman and Hargrove that are convenient for all parties.

Finally, it appears as though my email address is susceptible to error. My email address is kwilliams@cdhklaw.com (please note that it is cdhklaw.com and that there is no "s" in the email address). However, it is our practice – and preference – to correspond with opposing counsel by letter or telephone. We find that these methods, though more formal in nature, lead to fewer misunderstandings or miscommunications amongst counsel. Thank you for your anticipated cooperation in this.

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

Dylan B. Carp
Mark S. Askanas
June 9, 2008
Page 3

We look forward to working with you on this matter. Please do not hesitate to contact me with any questions.

Very truly yours,

*Kristen L. Williams*

Kristen L. Williams

KLW/ap

Enclosures

06/09/2008 14:29 IFAX econway@jacksonlewis.com → Deception ☑005/006
Case 3:07-cv-04636-MMC   Document 32-6   Filed 06/18/2008   Page 6 of 7
09-06-08  02:26pm  From-CURIALE DELLAVERSON, et al.   +415 834 0443   T-959  P.005/006  F-543

CRUMP INSURANCE SERVICES, INC.
v.
MICHAEL P. McGRATH, et al.

United States District Court – Northern District – Case No. C-07-4636 MMC

DEFENDANTS' MICHAEL P. McGRATH and ALL RISKS, LTD. REDACTION LOG

| DOC. NO. | DATE | DESCRIPTION | REASON FOR REDACTION |
|---|---|---|---|
| ALL000006 | 05-02-2007 | Email between Matt Nichols and Nick Cortezi | Privacy rights of third parties not party to this litigation – redacted |
| ALL000007 | 05-02-2007 | Email between Matt Nichols and Nick Cortezi | Privacy rights of third parties not party to this litigation – redacted |
| ALL000009 | 05-22-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |
| ALL000010 | 05-07-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation – redacted |
| ALL000012 | 05-22-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |
| ALL000013 | 05-22-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |
| ALL000014 | 05-22-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |
| ALL000015 | 05-07-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation – redacted |
| ALL000016 | 05-18-2005 | Email between Matt Nichols and Dawn D'Onoforio | Privacy rights of third parties not party to this litigation – redacted |
| ALL000018 | 05-23-2007 | Email between Nick Cortezi and Matt Nichols | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |

1

06/09/2008 14:29 IFAX ecom@jacksonlewis.com → Deposition 006/006
Case 3:07-cv-04630-MMC   Document 32-6   Filed 06/18/2008   Page 7 of 7

09-06-08  02:26pm  From-CURIALE DELLAVERSON, et al.  +415 834 0443  T-959  P.006/006  F-543

| DOC. NO. | DATE | DESCRIPTION | REASON FOR REDACTION |
|---|---|---|---|
| ALL000019 | 05-23-2007 | Email between Nick Cortezi and Matt Nichols | Confidential and proprietary information – redacted |
| ALL000019 | 05-22-2007 | Email between Michael McGrath and Nick Cortezi | Privacy rights of third parties not party to this litigation & Confidential and proprietary information – redacted |
| ALL000020 | | Email from Nick Cortezi to Michael McGrath | Privacy rights of third parties not party to this litigation – redacted |
| ALL000020 | 05-07-2007 | Email from Michael McGrath to Nick Cortezi | Privacy rights of third parties not party to this litigation – redacted |
| ALL000025 | 06-05-2007 | All Risks Employment Application | Privacy rights Defendant McGrath – redacted |

2