# EXHIBIT G

Representing Management Exclusively in Workplace Law and Related Litigation

# jackson|lewis
Attorneys at Law

Jackson Lewis LLP
199 Fremont Street
10th Floor
San Francisco, California 94105
Tel 415 394-9400
Fax 415 394-9401
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX

LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR

PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

June 11, 2008

**VIA FACSIMILE**

Kristen L. Williams, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, CA 9111

Re: <u>Crump Insurance Services, Inc. v. McGrath,</u>
N.D. Cal. Case No. C-07-4636 MMC

Dear Ms. Williams:

This memorializes our two telephone conversations yesterday.

You will be providing us with the verifications for All Risks' and McGrath's responses to plaintiff's requests for production.

You will be providing us with a written explanation of your position regarding the redactions made in defendants' document production.

You have not withheld any responsive documents from production on the ground of privilege or privacy.

We have obtained a copy of the unsigned declaration from defendants' forensic expert as well as the raw data he produced based on his search of Mr. McGrath's home computer. We have obtained the raw data from AON based on Bruce Pixley's search of Mr. McGrath's home computer. Mr. Pixley is still working on a report regarding that data; when it is complete, we will forward you the report and the data. This appears to resolve any dispute over request no. 1 to McGrath.

You will get back to me on the following: (1) regarding whether any dispute over defendants' refusals to respond to any request for production may be resolved on the ground that no responsive documents exist, and (2) with authority for the proposition that a motion to compel at this time would be untimely. Our offer to meet and confer further with you over any and all of the issues addressed in our previous letters to you remains open.

We will provide you with broker of record letters that we have so far been able to obtain regarding Crump clients that we contend were wrongfully taken by defendants.



**jackson | lewis**
Attorneys at Law

Kristen L. Williams, Esq.
June 11, 2008
Page 2

    We will provide you with a list of all Crump clients that we have so far been able to determine were wrongfully taken by defendants, so that you can use that list to respond to certain requests for production.

    Finally, I have learned since our last phone conversation that Glenn Hargrove is available to be deposed at his noticed date and time of June 17 at 11 a.m., Central time. I will see whether our Dallas office has videoconferencing facilities available. Going forward, Mark Askanas of our office will be in touch with you regarding this and future deposition scheduling.

    Please tell me if any of the above is inaccurate.

                                Very truly yours,

                                JACKSON LEWIS LLP

                                Dylan B. Carp

DBC/BCS