Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Tara L. Riedley (SBN 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
*askanasm@jacksonlewis.com*

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive,<br><br>              Defendants. | Case No. C-07-4636 MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT ALL RISKS, LTD. TO RESPOND TO REQUESTS FOR PRODUCTION NOS. 4, 7 AND 26 AND TO PRODUCE UNREDACTED DOCUMENTS AND MOTION TO COMPEL MICHAEL MCGRATH, NICHOLAS CORTEZI, AND CYNTHIA MARTY TO APPEAR FOR FURTHER DEPOSITIONS REGARDING THE DOCUMENTS**<br><br>Date:      July 25, 2008<br>Time:     9:00 a.m.<br>Courtroom: 7 |

    The above-entitled motion came on for hearing before the above-entitled Court on July 25, 2008, Dylan B. Carp appearing for Plaintiff Crump Insurance Services, Inc. ("Crump"), and Donna Rutter appearing for Defendants All Risks, Ltd. ("All Risks") and Michael P. McGrath ("McGrath"), Nicholas Cortezi ("Cortezi"), and Cynthia Marty ("Marty").

    IT IS HEREBY ORDERED that the motion is GRANTED. All Risks is ORDERED to produce within ten days of the date of this Order all documents responsive to Crump's Request

for Production Nos. 4, 7, and 26, and all documents responsive to Crump's Request for Production Set One without any redactions.

Crump's Request for Production ("RFP") No. 4 is not overly broad because it seeks documents directly relevant to Crump's claim that McGrath wrongfully assisted All Risks in recruiting Marty from Crump, as well as other claims, and may disclose wrongful solicitation of or interference with other Crump employees. All Risks' objection that the request assumes facts not in evidence is non-sensical in this context. All Risks' counsel stated in writing that no document was withheld on the ground of the attorney-client privilege or attorney work product doctrine.

Crump's RFP No. 7 is not overly broad because it seeks documents directly relevant to Crump's claim that McGrath wrongfully assisted All Risks in recruiting Marty from Crump, as well as other claims. The responsive documents and information are not protected by the right to privacy or the right is outweighed by Crump's right to discover the documents and information.

Crump's RFP No. 26 is not overly broad and does not seek irrelevant documents because it seeks documents directly relevant to Crump's claim that McGrath wrongfully assisted All Risks in recruiting Marty from Crump, as well as other claims. All Risks' objection that the request assumes facts not in evidence is non-sensical in this context. The responsive documents and information are not protected by the right to privacy or the right is outweighed by Crump's right to discover the documents and information.

The information that All Risks redacted from its document production is not protected by the right to privacy or the right is outweighed by Crump's right to discover the information.

IT IS FURTHER ORDERED that McGrath, Cortezi, and Marty make themselves available for further depositions to answer questions regarding the documents that are the subject of this Order.

DATED: _____, 2008                    _____