IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC.,<br><br>　　　　Plaintiff<br><br>　v.<br><br>MICHAEL P. MCGRATH, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-4636 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

　　Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Defendant All Risks, Ltd. to Respond to Requests for Production Nos. 4, 7 and 26 and to Produce Unredacted Documents and Motion to Compel Michael McGrath, Nicholas Cortezi, and Cynthia Marty to Appear for Further Depositions Regarding the Documents," filed June 18, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

　　The July 25, 2008 hearing noticed before the undersigned is VACATED.

　　**IT IS SO ORDERED**.

Dated: June 18, 2008

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge