UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRUMP INS. SERVICES

    Plaintiff(s),

v.

MICHAEL P. MCGRATH

    Defendant(s).
_____/

No. 07-04636 MMC (JL)

NOTICE AND ORDER
SETTING HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for hearing plaintiff's motions to compel discovery on August 6, 2008 , at 9:30 a.m., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

Dated: June 23, 2008

_____
Wings Hom, Courtroom Deputy to Chief
Magistrate Judge James Larson

Hearing.Not    1