1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  Tara L. Riedley (SBN 236508)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  askanasm@jacksonlewis.com

6  Attorneys for Plaintiff
   CRUMP INSURANCE SERVICES, INC.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 CRUMP INSURANCE SERVICES, INC.,      Case No. C-07-4636 MMC

12         Plaintiff,                    **DECLARATION OF DYLAN B. CARP IN SUPPORT OF PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S MOTION TO COMPEL (1) ALL RISKS TO PRODUCE ALL DOCUMENTS RESPONSIVE TO CRUMP'S REQUESTS FOR PRODUCTION, SET ONE, NOS. 8-12; (2) MCGRATH TO PRODUCE ALL DOCUMENTS RESPONSIVE TO CRUMP'S REQUESTS FOR PRODUCTION, SET ONE, NOS. 13-17; (3) ALL RISKS TO PRODUCE ALL DOCUMENTS RESPONSIVE TO CRUMP'S REQUESTS FOR PRODUCTION, SET TWO, NOS. 36-37; (4) MCGRATH TO ANSWER DEPOSITION QUESTIONS REGARDING HIS COMPENSATION AT ALL RISKS; (5) MCGRATH AND ALL RISKS TO PRODUCE ANY DOCUMENTS WITHHELD ON THE GROUND OF PRIVACY OR ATTORNEY-CLIENT PRIVILEGE; AND (6) MCGRATH, MARTY, AND CORTEZI TO ANSWER QUESTIONS AT FURTHER DEPOSITIONS REGARDING THE DOCUMENTS AND INFORMATION**
13    v.
14 MICHAEL P. MCGRATH, an individual,
   ALL RISKS, LTD., a corporation, and
15 Does 1 through 50, inclusive,
16         Defendants.
17
18
19
20
21
22
23
24
25
26                                       Date: August 6, 2008
                                         Time: 9:30 a.m.
27                                       Chief Magistrate Judge James Larson
                                         Courtroom: F
28

                                                    1                      Case No. C-07-4636 MMC
   CARP DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

I, Dylan B. Carp, declare:

1. I am an associate with Jackson Lewis LLP, the attorneys of record for Plaintiff Crump Insurance Services, Inc. ("Crump"). I submit this Declaration in support of Crump's Motion to Compel (1) All Risks to produce all documents responsive to Crump's Requests for Production, Set One, Nos. 8-12; (2) McGrath to produce all documents responsive to Crump's Requests for Production, Set One, Nos. 13-17; (3) All Risks to produce all documents responsive to Crump's Requests for Production, Set Two, Nos. 36-37; (4) McGrath to answer deposition questions regarding his compensation at All Risks; (5) McGrath and All Risks to produce any documents withheld on the ground of privacy or attorney-client privilege; and (6) McGrath, Marty, and Cortezi to answer questions at further depositions regarding the documents and information. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. I have in good faith conferred with the party failing to make discovery in an effort to obtain it without court action.

3. Attached as Exhibit A are true and correct excerpts of the transcript of the deposition of Michael P. McGrath taken June 30, 2008.

4. Attached as Exhibits B-I are true and correct copies of correspondence between me and Kristen Williams, counsel for Defendants, in attempts to resolve the discovery disputes at issue in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of June, 2008 at San Francisco, California.

_____
Dylan B. Carp