# EXHIBIT B

Representing Management Exclusively in Workplace Law and Related Litigation

**jackson|lewis**
Attorneys at Law

Jackson Lewis LLP
199 Fremont Street
10th Floor
San Francisco, California 94105

Tel 415 394-9400
Fax 415 394-9401
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX

LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PITTSBURGH, PA
PORTLAND, OR

PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

June 18, 2008

**VIA FACSIMILE**

Kristen L. Williams, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, California 94111

Re:   *Crump Insurance Services, Inc. v. McGrath*
      USDC, ND – Case No. C-07-4636 MMC

Dear Ms. Williams:

This follows-up our faxes to you dated June 13, 16, and 17. We have not received a response from you regarding the issues we raised in those faxes. We also are waiting to receive from you: (1) A log of any documents withheld on privacy grounds, (2) All Risks' document production with the names of employees un-redacted, and (3) Amended responses as set forth in your fax dated June 10 but sent and received June 11.

Please be advised that our entire office will be absent next Thursday and Friday, June 26 and 27, for our firm's annual retreat, and that I will thereafter be on vacation until July 5, so I will need to file any motions to compel regarding unresolved issues by Wednesday, June 25. I would appreciate your providing us with the promised information and your assistance in at least attempting to resolve these issues well in advance of that date.

Very truly yours,

JACKSON LEWIS LLP

Dylan B. Carp

DBC/bcs:bv