# EXHIBIT C

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

June 19, 2008

KRISTEN L. WILLIAMS
Direct Dial: (415) 835-9051
kwilliams@cdhklaw.com

**VIA FACSIMILE (415) 394-9401**

Dylan B. Carp, Esq.
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

Re:   Crump Insurance v. All Risks, Ltd. & Michael McGrath

Dear Mr. Carp:

I am in receipt of your letter of today's date as well as your letters of June 13, 16 and 17. You have raised several issues in your letters which require substantive responses. Please know that I am responding to all of the issues addressed in your various letters and expect to have a response to you tomorrow.

Very truly yours,

*Kristen L. Williams*

Kristen L. Williams

KLW/ap

4813-1884-2882