# EXHIBIT E

Representing Management Exclusively in Workplace Law and Related Litigation

**jackson | lewis**
Attorneys at Law

Jackson Lewis LLP
199 Fremont Street
10th Floor
San Francisco, California 94105
Tel 415 394-9400
Fax 415 394-9401
www.jacksonlewis.com

ATLANTA, GA
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CLEVELAND, OH
DALLAS, TX
DENVER, CO
DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
LAS VEGAS, NV

LONG ISLAND, NY
LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA

PORTLAND, OR
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

June 20, 2008

**VIA FACSIMILE**

Kristen L. Williams, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, CA 9111

Re:  Crump Insurance Services, Inc. v. McGrath,
     N.D. Cal. Case No. C-07-4636 MMC

Dear Ms. Williams:

This requests a meet and confer regarding Defendant All Risks, LTD's Response to Plaintiff's Request for Production of Documents, Set 2, RFP Nos. 36 and 37. These requests seek communications between McGrath and Woodruff Sawyer & Company and HUB International from June 3 through June 11, 2007. These are not overly broad because this is the pertinent time period for Plaintiff's allegations that McGrath used confidential Crump information to solicit business on behalf of All Risks. We doubt that locating and producing all responsive documents would be unduly burdensome. The parties have negotiated a protective order to govern the discovery of confidential and proprietary information. Please provide us with a log for any documents or information responsive to this request that you are withholding or redacting. We suspect that any valid privacy objection would be outweighed by our need to know the information.

We would like to discuss this issue when we discuss the other issues addressed in our correspondence over the last few days.

Very truly yours,

JACKSON LEWIS LLP

Dylan B. Carp

DBC/BCS