# EXHIBIT G

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

June 23, 2008

KRISTEN L. WILLIAMS
Direct Dial: (415) 835-9051
kwilliams@cdhklaw.com

**VIA FACSIMILE (415) 394-9401**

Dylan B. Carp, Esq.
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

Re:     **Crump Insurance v. All Risks, Ltd. & Michael McGrath**

Dear Mr. Carp:

This letter is in response to your June 20th letter requesting to meet and confer as to Defendant All Risks' responses to Plaintiff's Request for Production Nos. 36 and 37.

Defendant will not be producing documents responsive to this request. Defendant has already produced all announcement emails between McGrath and representatives of Woodruff Sawyer and/or HUB International for the time period of June 4, 2008 through June 29, 2008 – these are the communications that go to the heart of Plaintiff's claims. All other communications between McGrath and a HUB or Woodruff representative beyond McGrath's announcement regarding his change in employment is irrelevant to Plaintiff's claims and is clearly overly broad. As such, Plaintiff's request for additional communications that would be encompassed by Request for Production Nos. 36 and 37 seek confidential, proprietary, and trade secret information (i.e., the terms and conditions of the agreements reached between HUB/Woodruff and All Risks). Not only is this information confidential and proprietary to All Risks it is also confidential and proprietary to HUB International and Woodruff Sawyer.

Very truly yours,

*Kristen L. Williams*

Kristen L. Williams

KLW/ap

4821-4249-9842