# EXHIBIT H

**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PORTLAND, OR |
| 199 Fremont Street | BIRMINGHAM, AL | LOS ANGELES, CA | PROVIDENCE, RI |
| 10th Floor | BOSTON, MA | MIAMI, FL | RALEIGH-DURHAM, NC |
| San Francisco, California 94105 | CHICAGO, IL | MINNEAPOLIS, MN | RICHMOND, VA |
| | CLEVELAND, OH | MORRISTOWN, NJ | SACRAMENTO, CA |
| Tel 415 394-9400 | DALLAS, TX | NEW ORLEANS, LA | SAN FRANCISCO, CA |
| Fax 415 394-9401 | DENVER, CO | NEW YORK, NY | SEATTLE, WA |
| www.jacksonlewis.com | DETROIT, MI | ORANGE COUNTY, CA | STAMFORD, CT |
| | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PHILADELPHIA, PA | WHITE PLAINS, NY |
| | HOUSTON, TX | PHOENIX, AZ | |
| | LAS VEGAS, NV | PITTSBURGH, PA | |

June 23, 2008

<u>**VIA FACSIMILE**</u>

Kristen L. Williams, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, CA 9111

Re: <u>Crump Insurance Services, Inc. v. McGrath</u>,
N.D. Cal. Case No. C-07-4636 MMC

Dear Ms. Williams:

This responds to your faxes received today.

You referred to All Risks' responses to Crump's RFP, Set Two, "No. <u>2</u>." Did you mean No. <u>35</u>?

You wrote that "as promised," Defendants will be producing "A log of documents withheld on privacy and/or attorney-client privilege grounds." We assume that the reference to attorney-client privilege is a typo, because you previously advised us in writing at page 2 of your fax dated June 10, but sent and received on June 11, that "no documents have been withheld on account of the attorney-client and/or attorney work product privileges." If it is not a typo, please advise us immediately. Also, regarding the privacy issue, if you cannot get us today a log of all documents withheld on privacy grounds, would you at least today identify the category or categories that any such documents have been withheld from?

Very truly yours,

JACKSON LEWIS LLP

Dylan B. Carp

DBC/BCS