# EXHIBIT I

# CURIALE
# DELLAVERSON
# HIRSCHFELD
# & KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

June 23, 2008

KRISTEN L. WILLIAMS
Direct Dial: (415) 835-9051
kwilliams@cdhklaw.com

**VIA FACSIMILE (415) 394-9401**

Dylan B. Carp, Esq.
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105

Re: **Crump Insurance v. All Risks, Ltd. & Michael McGrath**

Dear Mr. Carp:

This letter is in response to your letter of today, June 23, 2008.

With regard to my reference to All Risks' response to Crump's RFP, Set Two, thank you for seeking clarification. That was in fact a typo. I did mean Request for Production No. 35. Just to be clear, Defendant will amend its response to Request for Production No. 35 as follows: Defendant has performed a reasonable and diligent search and does not have any documents responsive to this request in its possession, custody, or control.

With regard to the reference to documents withheld based on the attorney-client and/or attorney work-product privileges, this was not a typo. In reviewing documents that were withheld based on privacy and/or confidentiality/proprietary reasons, I found that some of these documents also, and more strongly, fall under the attorney-client privilege. We will be providing you with a log for all documents withheld for any reason by close of business Wednesday. In the meantime, please note that the documents withheld on privacy grounds are

4821-6628-9666

06/23/2008 13:04 IFAX epgny@jacksonlewis.com → Jackson Lewis 003/003
Case 3:07-cv-04636-MMC   Document 37-10   Filed 06/24/2008   Page 3 of 3
23-06-08  05:01pm  From-CURIALE DELLAVERSON, et al.  +415 834 0443  T-054  P.003/003  F-654

CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

Dylan B. Carp, Esq.
June 23, 2008
Page 2

employment agreements for Mr. McGrath and Ms. Marty as well as correspondence related to those agreements.

Very truly yours,

Kristen L. Williams

KLW/ap