1  STEPHEN J. HIRSCHFELD (SBN 118068)
   shirschfeld@cdhklaw.com
2  DONNA M. RUTTER (SBN 145704)
   drutter@cdhklaw.com
3  KRISTEN L. WILLIAMS (SBN 232644)
   kwilliams@cdhklaw.com
4  CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
5  727 Sansome Street
   San Francisco, CA 94111
6  Telephone: (415) 835-9000
   Facsimile: (415) 834-0443
7
   Attorneys for Defendants
8  MICHAEL P. McGRATH, ALL RISKS, LTD.

9

                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   CRUMP INSURANCE SERVICES, INC.,        Case No. C-07-4636 MMC
13
              Plaintiff,                   [PROPOSED] ORDER GRANTING
14                                         DEFENDANT ALL RISKS, LTD.'S
   vs.                                     MOTION TO COMPEL MOTION TO
15                                         COMPEL RESPONSES TO (1)
   MICHAEL P. McGRATH, an individual,      RESPONSES TO REQUEST FOR
16 ALL RISKS, LTD., a corporation, and     PRODUCTION NO. 39; (2) RESPONSES
   Does 1 through 50, inclusive,           TO REQUEST FOR PRODUCTION NO.
17                                         40; (3) LISTS PREPARED BY PETER
              Defendant.                   SCOTT WHICH ARE RESPONSIVE TO
18                                         REQUESTS FOR PRODUCTION NO. 1, 10,
                                           13, 14, 19, 27; (4) EMAILS IDENTIFIED IN
19                                         HARGROVE'S DEPOSITION; (5)
                                           DOCUMENTS FROM MCGRATH'S
20                                         HARDDRIVE RESPONSEIVE TO
                                           REQUESTS FOR PRODUCTION NOS. 1, 2,
21                                         5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 24, 25, 33, 34,
                                           35; AND (6) COMPEL FURTHER
22                                         DEPOSITION TESTIMONY REGARDING
                                           THESE DOCUMENTS
23
                                           Date:   August 6, 2008
24                                         Time:   9 a.m.
                                           Judge:  Maxine M. Chesney
25                                         Ctrm:   7
26
27
28

The instant motion came on for hearing before the above-entitled Court on August 6, 2008, Defendant All Risks, Ltd. ("All Risks" or "Defendant") appearing by and through its counsel of record, CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP, and Plaintiff Crump Insurances Services, Inc. ("Crump") appearing by and through its counsel of record, JACKSON LEWIS, LLP.

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Crump is **ORDERED** to produce within ten (10) days of the date of this ORDER all documents responsive to All Risks' First, Second and Third Requests for Production Nos. 1, 2, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 19, 24, 25, 27, 33, 34, 35, 39, 40, without any redactions. Plaintiff is to either provide All Risks with all documents responsive to foregoing Requests, or to amend its responses to All Risks' First, Second and Third Requests for Production to state that no responsive documents exist.

All Risks' Request for Production No. 39 that seeks "All change of broker letters which REFER or RELATE to accounts previously handled by Cheryl Smith which changed to her new employer" is relevant to the parties' claims and defenses, goes to whether Crump is consistent in its claims and establishes evidence of accepted industry practice in the wholesale insurance brokerage business. Crump's objections are without merit. The request is not "vague, overbroad, ambiguous and susceptible to a variety of interpretations," because the request seeks only a specific type of document – Broker of Record letters – within a limited time period after Cheryl Smith left Crump. Crump is **ORDERED** to produce all responsive documents for Request No. 39.

All Risks' Request for Production No. 40 that seeks "All change of Broker letters during the last five years naming CRUMP in place of ALL RISKS" is directly relevant to Crump's claims and All Risks' and McGrath's defenses. Crump's objections that the Request is "vague, overbroad, ambiguous and susceptible to a variety of interpretations" are without merit. The Request seeks a specific type of document – Broker of Record letters – within a finite period of time. The request is directly relevant to the claims of this matter. Crump is **ORDERED** to produce all responsive documents for Request No. 40.

All Risks' request for the lists that Peter Scott made at the direction of All Risks'

2

attorneys should be produced because they are responsive to numerous requests for production and are not subject to attorney-client privilege or the work product doctrine. Crump is ORDERED TO produce the lists that Mr. Scott stated in his testimony that he would make in response to All Risks counsel's question. These lists are responsive to All Risks' Request for Production Nos. 1, 10, 13, 14, 19, 27.

Crump is **ORDERED** to produce the email or emails identified by Mr. Hargrove in his deposition testimony between Defendant McGrath and Ms. Marty prior to the time they left Crump's employ. The subject email(s) are responsive to All Risks' Requests for Production No. 6, 7, 10, 12, 15 and 16.

Crump is further **ORDERED** to produce all responsive documents located in Defendant McGrath's hard drive. Defendant All Risks is entitled to all responsive documents that were in McGrath's hard drive, as Defendant's definition of "DOCUMENTS" in its Requests for Production includes "computer records, and other data compilations from which information can be obtained or translated…." Responsive documents that were located in McGrath's hard drive should be produced as potentially responsive to Defendant's Requests 1, 2, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 24, 25, 33, 34 and 35.

**IT IS FURTHER ORDERED** that witnesses Peter Quinlan Scott and Glenn Hargrove make themselves available for further deposition to answer questions regarding the documents that are the subject of this ORDER.

**IT IS SO ORDERED.**

Dated: August _____ 2008

By:_____

[PROPOSED] ORDER GRANTING ALL RISKS, LTD.'S MOTION TO COMPEL
CASE NO. C-07-4636 MMC