United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRUMP INSURANCE SERVICES, INC.,     No. C 07-4636 MMC

    Plaintiff,     **ORDER REFERRING ALL RISK, LTD.'S MOTION TO COMPEL TO MAGISTRATE JUDGE LARSON**

   v.

MICHAEL P. MCGRATH, et al.,

    Defendants
                                           /

       Pursuant to Civil Local Rule 72-1, defendant All Risk, Ltd.'s Motion to Compel, filed July 1, 2008, is hereby REFERRED to Magistrate Judge James Larson, to whom all discovery matters previously were referred.

       The parties will be advised of the next appearance, if any, by Judge Larson's chambers.

       The August 6, 2008 hearing before the undersigned is hereby VACATED.

       **IT IS SO ORDERED**.

Dated: July 2, 2008

MAXINE M. CHESNEY
United States District Judge