Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
Tara L. Riedley (SBN 236508)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. C-07-4636 MMC (JL)<br><br>**DECLARATION OF DYLAN B. CARP IN SUPPORT OF PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S OPPOSITION TO DEFENDANT ALL RISKS, LTD.'S MOTION TO COMPEL**<br><br>Date:    August 6, 2008<br>Time:    9:30 a.m.<br>Chief Magistrate Judge James Larson<br>Courtroom: F |

Case No. C-07-4636 MMC (JL)
DECLARATION OF DYLAN B. CARP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

I, Dylan B. Carp, declare:

1. I am an associate with Jackson Lewis LLP, the attorneys of record for Plaintiff Crump Insurance Services, Inc. ("Crump"). I submit this Declaration in support of Crump's Opposition to All Risks, LTD.'s Motion to Compel. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently to them.

2. Attached as Exhibit A are true and correct copies of documents that All Risks produced during discovery.

3. Attached as Exhibit B are true and correct excerpts of the transcript of the deposition of Michael P. McGrath taken June 10, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of July, 2008 at San Francisco, California.

_____
Dylan B. Carp

1    Case No. C-07-4636 MMC (JL)
DECLARATION OF DYLAN B. CARP IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL