# EXHIBIT A

06/25/2008 17:50 FAX ecopy@jacksonlewis.com Case 3:07-cv-04056-MMC Document 47-2 Filed 07/16/2008 Reception Page 2 of 3 ☒006/013
25-06-08  05:45pm  From-CURIALE DELLAVERSON, et al.  +415 834 0443  T-080  P.006/013  F-683

Page 1 of 2

NC-6-5-07

From: Nick Cortezi
Sent: Tuesday, May 22, 2007 12:27 PM
To: Matt Nichols
Subject: FW:

FYI- will discuss when I return. nick

Nick Cortezi
CEO
All Risks, Ltd.
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone- 410-828-5810 ext. 3013
Fax- 410-828-8179
ncortezi@allrisks.com

From: Michael McGrath [mailto:mcgrath.m@sbcglobal.net]
Sent: Tuesday, May 22, 2007 11:45 AM
To: Nick Cortezi
Subject: RE:

Nick:
Thought it would easier to see in writing what we would be talking about for us to consider a move. Thanks again for dinner; we both had a good time.

As mentioned earlier we are set and comfortable for a min of 5-6 years based on acquistion of Bysis and overall plan for JC Flowers. Our main point besides salary is a committment for 6 years. Based on our revenue projections for this year and next we would need the following:
6 Year Deal
Mike-Redacted  min
Cyndi-Redacted min
Sign on Bonus-Redacted  (combined) of which Redacted  is my deferred compesation plan and shares of JC Flowers. We would also like to see the compensation plan as the above mentioned salaries are minimum(we fully expect to hit our bonus plan.)

**also have the usual parking, gas, and club dues(Golf) picked up on expense account.**

Does not make sense for us to move anywhere if the years and salaries are not guarenteed.

Couple of thoughts on paper......

Regards,

Mike

12/4/2007

ALL000014

06/25/2008 17:50 FAX prough@jacksonlewis.com → Reception 2007/013
25-06-08   05:45pm   From-CURIALE DELLAVERSON, et al.   +415 834 0443   T-080   P.007/013   F-683

Case 3:07-cv-04636-MMC   Document 47-2   Filed 07/16/2008   Page 3 of 3

Page 2 of 2

*Nick Cortezi <NCORTEZI@allrisks.com>* wrote:

Looking forward to dinner - would you let me know Cyndi's total comp numbers so that I can work them into the equation?
Thanks,
Nick

Nick Cortezi
CEO
All Risks, Ltd.
10150 York Road, 5th Floor
Hunt Valley, MD 21030
Phone- 410-828-5810 ext. 3013
Fax- 410-828-8179
ncortezi@allrisks.com

---

**From:** Michael McGrath [mailto:mcgrath.m@sbcglobal.net]
**Sent:** Monday, May 07, 2007 2:52 PM
**To:** Nick Cortezi
**Subject:**

Nick:
Good to go with Cyndi on the 16th at Cosmo's --6ish.
Couple of items

Years-5 year firm/6 preferred(my own comfort)
If bought out I can cash out.(paid in full)
Deferred compensation(you have the amount and shares of current company**need to consider**
Not interested in taking a cut in pay. The latter amount suggested is min. on our conversation.
Some things to look forward too. If does not look good then no problem. Let me know so we are not sitting at the table by ourselves.
Need to look into Cyndi and guarantee for min of 3 yr. Salary plus bonus.
Otherwise will not be interested.

*Michael McGrath*
Executive Vice President
Crump Insurance Services - San Francisco
415-537-2308(direct)
415-986-4553(Fax)

This email is intended for the addressee shown. It contains information that is confidential and protected from disclosure. Any dissemination or use of this transmission or its contents by unintended persons is strictly prohibited. If this email relates to placement of coverage through All Risks, please note that no coverage will be bound and no changes without a written "Confirmation of Insurance", Binder, Endorsement or Reinstatement from our office. Coverage cannot be assumed if you do not receive one of the aforementioned notices.

12/4/2007

ALL000015