# EXHIBIT B

```
1                UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF CALIFORNIA
3                        ---oOo---
4   CRUMP INSURANCE SERVICES,  )
    INC.,                      )
5                              )
             Plaintiff,        )
6                              )
    vs.                        )   No. C-07-4636 MMC
7                              )
    MICHAEL P. McGRATH, an     )
8   individual, ALL RISKS, LTD.,)
    a corporation, and Does 1  )
9   through 50, inclusive,     )
                               )
10            Defendants.      )
                               )
11  _____)
```

CERTIFIED COPY
JG Jane GROSSMAN
RS REPORTING Services

DEPOSITION OF MICHAEL P. McGRATH

Volume II

(Pages 200 through 274)

June 10, 2008

Taken before JANE GROSSMAN

CSR No. 5225

JANE GROSSMAN REPORTING SERVICES
Certified Shorthand Reporters
1939 Harrison Street, Suite 460
Oakland, California 94612
(510) 444-4500

DEPOSITION OF MICHAEL P. McGRATH - VOLUME II

```
 1   conversation with him -- with Matt Nichols, were you
 2   still employed at Crump?
 3        A.   Yes.
 4        Q.   When you made that statement to Matt Nichols,
 5   did you think that Cynthia Marty was a valuable employee
 6   to Crump?
 7             MS. RUTTER:  Objection.  Vague as to "that
 8   statement."
 9             THE WITNESS:  Sure.
10             MR. ASKANAS:  Q.  When you made that statement
11   to Matt Nichols, did you think that you were acting in
12   Crump's best interests?
13             MS. RUTTER:  Objection.  Vague, ambiguous, and
14   to the extent it calls for a legal conclusion.
15             MR. ASKANAS:  Q.  You can answer.
16        A.   Acting in Crump's best interests?
17        Q.   Yes.
18        A.   In making sure that Cyndi had the same term as
19   me in moving to All Risks?
20        Q.   Yes.
21        A.   That's not in Crump's best interests.
22             Did I understand that question correctly?
23        Q.   I think you did.
24        A.   Okay.
25        Q.   What information did you provide to All Risks
```