```
1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  Tara L. Riedley (SBN 236508)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, California 94105
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  askanasm@jacksonlewis.com

6  Attorneys for Plaintiff
   CRUMP INSURANCE SERVICES, INC.
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRUMP INSURANCE SERVICES, INC., | Case No. C-07-4636 MMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANT ALL RISKS, LTD.'S MOTION TO COMPEL |
| v. | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | Date: August 6, 2008<br>Time: 9:30 a.m.<br>Chief Magistrate Judge James Larson<br>Courtroom: F |
| Defendants. | |

The above-entitled motion came on for hearing before the above-entitled Court on August 6, 2008, Dylan B. Carp appearing for Plaintiff Crump Insurance Services, Inc. ("Crump"), and Donna Rutter appearing for Defendants All Risks, Ltd. ("All Risks").

IT IS HEREBY ORDERED that All Risks' motion is DENIED.

The broker of record letters that All Risks seeks in RFP Nos. 39 and 40 are irrelevant.

The issue regarding the chart prepared by Peter Scott is moot.

There are no additional documents to compel regarding Glenn Hargrove's deposition testimony and Michael McGrath's hard drive at Crump.

1       In light of the above, the Court does not compel any additional depositions from any
2 Crump employee.
3
4 DATED: _____, 2008             _____