STEPHEN J. HIRSCHFELD (SBN 118068)
shirschfeld@cdhklaw.com
DONNA M. RUTTER (SBN 145704)
drutter@cdhklaw.com
KRISTEN L. WILLIAMS (SBN 232644)
kwilliams@cdhklaw.com
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
MICHAEL P. McGRATH and ALL RISKS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., | Case No. C-07-4636 MMC |
| Plaintiff, | **DEFENDANTS ALL RISKS, LTD AND MICHAEL P. MCGRATH'S NOTICE OF MOTION TO WITHDRAW AUGUST 6, 2008 HEARING REGARDING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |
| vs. | |
| MICHAEL P. McGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | |
| Defendant. | Date: August 6, 2008<br>Time: 9:30 a.m.<br>Judge: James Larson<br>Ctrm: F |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendants All Risks, Ltd. and Michael P. McGrath are withdrawing their Motion to Compel Production of Documents currently scheduled for August 6, 2008 based on Plaintiff's representation that it will amend its discovery responses as requested by Defendants in their letter of July 18, 2008 and agreed to by Plaintiff in its letter of July 21, 2008.

DEFENDANT ALL RISKS, LTD.'S MOTION TO COMPEL RESPONSES
CASE NO. C-07-4636 MMC

Dated: July 23, 2008

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: *Kristen L. Williams* (signature)
Kristen L. Williams
Donna M. Rutter

Attorneys for Defendants
MICHAEL P. McGRATH and ALL RISKS, LTD.

DEFENDANT ALL RISKS, LTD.'S MOTION TO COMPEL RESPONSES
CASE NO. C-07-4636 MMC