1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   askanasm@jacksonlewis.com
5
   Attorneys for Plaintiff
6  CRUMP INSURANCE SERVICES, INC.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRUMP INSURANCE SERVICES, INC., | Case No. C-07-4636 MMC
12 |                 Plaintiff,       | **PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S FURTHER STATUS CONFERENCE STATEMENT**
13 |        v.                       |
14 | MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, |
15 |                                 | Date:   August 22, 2008
16 |                 Defendants.      | Time:   10:30 a.m.
                                       | Judge Maxine M. Chesney

1

PLAINTIFF'S FURTHER STATUS CONFERENCE STATEMENT

Plaintiff Crump Insurance Services, Inc. reports as follows:

1. The only significant change from the parties' previous Joint Case Management Conference Statement, attached as Exhibit A, is that Plaintiff filed two motions to compel that were scheduled for hearing on August 6, 2008 but are currently being rescheduled due to the magistrate judge's illness.

2. Plaintiff may be open to further mediation after the Court rules on any dispositive motion by Defendants, provided that the parties before-hand discuss whether and agree that further mediation may be productive.

Dated: August 15, 2008

_____
Mark S. Askanas, Esq.
Dylan B. Carp, Esq.
JACKSON LEWIS LLP
Counsel for Plaintiff
CRUMP INSURANCE SERVICES, INC.

PLAINTIFF'S FURTHER STATUS CONFERENCE STATEMENT