STEPHEN J. HIRSCHFELD (SBN 118068)
DENA L. NARBAITZ (SBN 176556)
KRISTEN L. WILLIAMS (SBN 232644)
CURIALE DELLAVERSON HIRSCHFELD &
  KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendants
MICHAEL P. McGRATH and ALL RISKS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. C-07-4636 MMC <br><br> **DEFENDANTS' FURTHER STATUS CONFERENCE STATEMENT** <br><br> Date: August 22, 2008 <br> Time: 10:30 a.m. <br> Judge Maxine M. Chesney |

Defendants report as that the only significant changes from the parties' previous Joint Case Management Conference Statement, attached as Exhibit A, are as follows:

1. The parties have completed discovery, with the exception of depositions that have been ordered by, or may be ordered by, the Court.

2. Plaintiff filed two motions to compel that were scheduled for hearing on August 6, 2008 but are currently being rescheduled due to the magistrate judge's illness.

3. The parties have participated in mediation as directed by this Court. The mediation, however, was not successful. Defendants are not willing to mediate this matter again.

4, Defendants have also identified Rick McDonough as a potential witness in this matter.

Dated: August 15, 2008

*Kristen L. Williams*
Stephen J. Hirschfeld, Esq.
Kristen L. Williams, Esq.
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Counsel for Defendants
MICHAEL P. MCGRATH and ALL RISKS, LTD.