CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

August 20, 2008

**VIA HAND DELIVERY**
Magistrate Judge James Larson
Courtroom F, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    **Crump Insurance v. Michael P. McGrath and All Risks, Ltd.**
             **US District Court of California, Case No. C-07-4636 MMC**

Dear Magistrate Judge Larson,

    We are in receipt of your Order issued yesterday, August 19, 2008, regarding Plaintiff's motions to compel (Docket Nos. 31 and 36). Defendants McGrath and All Risks will comply with the Court's Order. Through this letter, Defendants respectfully request more time to do so.

    Your Order requires production of documents and a sworn declaration to be signed by an All Risks representative on or before August 29, 2008. Unfortunately, the person with access to electronic documents (All Risks' head of IT) and the representative who will sign the declaration (Matt Nichols – All Risks' President), are out of the office. All Risks' head of IT returns sometime next week. Mr. Nichols returns on August 29, 2008 – the date the documents are to be produced to Crump. We therefore request that the Court's Order be modified to require compliance within ten days of their return. This would make the documents and declaration due no later than September 8, 2008.

    We will still produce the documents you requested for *in camera* review by the August 29, 2008 date.

    Thank you for your assistance in this matter.

Very truly yours,

*/s/ Donna M. Rutter*
Donna M. Rutter

DMR/pb

cc:    Mark Arkansas, Esq. (Via Hand Delivery)

4830-0332-9282