**CIVIL MINUTES**

**E-filing**

**Judge MAXINE M. CHESNEY**

Date: AUG 2 2 2008

C-07-4636-MMC (MED)

CLUMP INSURANCE SERVICES v. MICHAEL McGRATH

Attorneys: Dylan Carp    Stephen Hirschfeld
                         Kristen Williams

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**          **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

(✓) FURTHER Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing DEADLINE is EXTENDED to 9/5/08.
_____

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

(✓) Referred to Magistrate For: SETTLEMENT CONFERENCE before Mag. SPERO
   (✓) By Court  TO BE CONDUCTED IN MID-SEPTEMBER OR AS SOON AS
( ) CASE CONTINUED TO _____ for HIS CALENDAR PERMITS

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date 11/18/08 @ 3:00    Trial Date 12/1/08 @ 9:00   Set for 5-10 days
                         Type of Trial: (✓) Jury   ( ) Court
Notes: _____

cc: Wings, Karen (15 min)