STEPHEN J. HIRSCHFELD (SBN 118068)
DENA L. NARBAITZ (SBN 176556)
KRISTEN L. WILLIAMS (SBN 232644)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendants
MICHAEL P. McGRATH, ALL RISKS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., | Case No.  C-07-4636 MMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ALL RISKS, LTD.'S REQUEST TO EXTEND TIME TO COMPLY WITH ORDER ON MOTIONS TO COMPEL (DOCKET NOS. 31 AND 36)** |
| vs. | |
| MICHAEL P. McGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | |
| Defendant. | **Judge:** **Magistrate Judge James Larson**<br>**CTRM:** **F** |

By letter dated August 20, 2008 addressed to the Court, Defendants Michael McGrath and All Risks, Ltd. requested that the time to respond to the Court's August 19, 2008 Order on motions to compel (docket nos. 31 and 36) be moved from August 29, 2008 to September 8, 2008.

**IT IS HEREBY ORDERED** that Defendants' request is **GRANTED**.  Defendants

///

///

///

///

///

///

1

1  Michael McGrath and All Risks, Ltd. will produce the documents and declaration contained in
2  the Court's August 19, 2008 Order on or before September 8, 2008.
3  **IT IS SO ORDERED.**
4  Dated: August ____, 2008

By:_____
    Honorable Judge James Larson