1  STEPHEN J. HIRSCHFELD (SBN 118068)
   DENA L. NARBAITZ (SBN 176556)
2  KRISTEN L. WILLIAMS (SBN 232644)
   CURIALE DELLAVERSON HIRSCHFELD
3    & KRAEMER, LLP
   727 Sansome Street
4  San Francisco, CA  94111
   Telephone:  (415) 835-9000
5  Facsimile:  (415) 834-0443

6  Attorneys for Defendants
   MICHAEL P. McGRATH, ALL RISKS, LTD.
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | CRUMP INSURANCE SERVICES, INC.,     | Case No.  C-07-4636 MMC
12 |            Plaintiff,                | ~~XXXXXXXX~~ **[PROPOSED] ORDER GRANTING DEFENDANT ALL RISKS, LTD.'S REQUEST TO EXTEND TIME TO COMPLY WITH ORDER ON MOTIONS TO COMPEL (DOCKET NOS. 31 AND 36)**
13 | vs.                                  |
14 | MICHAEL P. McGRATH, an individual,   |
   | ALL RISKS, LTD., a corporation, and  |
15 | Does 1 through 50, inclusive,        |
   |                                      | **Judge:    Magistrate Judge James Larson**
16 |            Defendant.                | **CTRM:    F**
17

18        By letter dated August 20, 2008 addressed to the Court, Defendants Michael McGrath and

19 All Risks, Ltd. requested that the time to respond to the Court's August 19, 2008 Order on

20 motions to compel (docket nos. 31 and 36) be moved from August 29, 2008 to September 8,

21 2008.

22        **IT IS HEREBY ORDERED** that Defendants' request is **GRANTED**.  Defendants

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

[PROPOSED] ORDER GRANTING EXTENDING TIME TO COMLY WITH
ORDER; CASE NO. C-07-4636 MMC

1  Michael McGrath and All Risks, Ltd. will produce the documents and declaration contained in
2  the Court's August 19, 2008 Order on or before September 8, 2008.
3  **IT IS SO ORDERED.**
4  Dated: August 27, 2008

By: *James Larson*
Honorable Judge James Larson

[PROPOSED] ORDER GRANTING EXTENDING TIME TO COMLY WITH ORDER; CASE NO. C-07-4636 MMC