1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  DENA L. NARBAITZ (SBN 176556)
   dnarbaitz@cdhklaw.com
3  KRISTEN L. WILLIAMS (SBN 232644)
   kwilliams@cdhklaw.com
4  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
5  727 Sansome Street
   San Francisco, CA  94111
6  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
7
   Attorneys for Defendants
8  MICHAEL P. McGRATH and  ALL RISKS, LTD.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | CRUMP INSURANCE SERVICES, INC.,    Case No.  C-07-4636 MMC

              Plaintiff,                ***E-FILING CASE***

   vs.                                  **SUBSTITUTION OF COUNSEL (ECF
                                        EMAIL NOTICE LIST)**
   MICHAEL P. McGRATH, an individual,
   ALL RISKS, LTD., a corporation, and
   Does 1 through 50, inclusive,

              Defendants.

21  THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

22      Defendants Michael McGrath and All Risks, Ltd. ("Defendants") hereby substitute in as

23  its counsel of record in this action John F. Baum, Curiale Dellaverson Hirschfeld & Kraemer,

24  LLP, 727 Sansome Street, San Francisco, California 94111; telephone number (415) 835-9000,

25  facsimile number (415) 834-0443.  This new counsel is in place and stead of Defendants' prior

26  counsel Donna M. Rutter listed as email recipients in the same firm as John F. Baum.

27

28

SUBSTITUTION OF COUNSEL (ECF EMAIL NOTICE LIST)
CASE NO. C-07-4636 MMC                                                          4820-6361-1906

| | | |
|---|---|---|
| 1 | Dated: September _____, 2008 | CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP |

By: /s/ John F. Baum
    John F. Baum
    Dena L. Narbaitz
    Kristen L. Williams
Attorneys for Defendants
MICHAEL P. McGRATH and ALL RISKS, LTD.