1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   askanasm@jacksonlewis.com
5
   Attorneys for Plaintiff
6  CRUMP INSURANCE SERVICES, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CRUMP INSURANCE SERVICES, INC.,        Case No. C-07-4636 MMC

12            Plaintiff,                   **PLAINTIFF CRUMP INSURANCE
                                           SERVICES, INC.'S OPPOSITION TO
13       v.                                APPLICATION FOR PARTY TO
                                           ATTEND SETTLEMENT
14 MICHAEL P. MCGRATH, an individual, ALL  CONFERENCE BY TELEPHONE**
   RISKS, LTD., a corporation, and Does 1
15 through 50, inclusive,                  Date:     September 22, 2008
                                           Time:     9:30 a.m.
16            Defendants.                  Courtroom: A
                                           Judge:    Magistrate Joseph C. Spero
17

18

19

20

21

22

23

24

25

26

27

28
                                    1
   PLAINTIFF'S OPPOSITION TO APPLICATION FOR PARTY TO ATTEND SETTLEMENT CONFERENCE BY
                                      TELEPHONE

Plaintiff Crump Insurance Services, Inc. opposes Defendants' request that Defendant All Risks, Ltd.'s President Matt Nichols be permitted to be available by telephone for the Settlement Conference scheduled for Monday, September 22, 2008 at 9:30 a.m. Mediation of this type of case is likely to succeed only if the parties with full settlement authority attend in person. Crump requests that this Court permit Counsel for Plaintiff and Defendants to find mutually convenient times for an in-person Settlement Conference and then reschedule the Settlement Conference on a date that this Court is available.

Dated: September 5, 2008

_____
Mark S. Askanas, Esq.
Dylan B. Carp, Esq.
JACKSON LEWIS LLP
Counsel for Plaintiff
CRUMP INSURANCE SERVICES, INC.