1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  DENA L. NARBAITZ (SBN 176556)
   dnarbaitz@cdhklaw.com
3  KRISTEN L. WILLIAMS (SBN 232644)
   kwilliams@cdhklaw.com
4  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
5  727 Sansome Street
   San Francisco, CA  94111
6  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
7
   Attorneys for Defendants
8  MICHAEL P. McGRATH and  ALL RISKS, LTD.

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   CRUMP INSURANCE SERVICES, INC.,        Case No.  C-07-4636 MMC
13
              Plaintiff,                  **[PROPOSED] ORDER ON APPLICATION
14                                        FOR PARTY TO ATTEND SETTLEMENT
   vs.                                    CONFERENCE BY TELEPHONE**
15
   MICHAEL P. McGRATH, an individual,     **Date:**       September 22, 2008
16 ALL RISKS, LTD., a corporation, and    **Time:**       9:30 a.m.
   Does 1 through 50, inclusive,          **Courtroom:**  A
17                                        **Judge:**      Magistrate Joseph C. Spero
              Defendants.
18                                        **Trial Date:**  **December 1, 2008**

19

20

21        After consideration of Defendants All Risks, Ltd. and Michael McGrath's Application For

22 Party To Attend Settlement Conference by Telephone and Plaintiff Crump Insurance Services,

23 Inc.'s Opposition, this Court finds good cause, grants Defendants' Application and will allow

24 Defendant All Risks, Ltd., through its President, Matt Nichols, to appear at the Settlement

25 Conference by telephone.  Mr. Nichols will be reached at (410) 828-5810, ext. 3053.  Defendant

26 Michael McGrath shall attend the Settlement Conference in person.

27

28

   [PROPOSED] ORDER ON APPLICATION FOR PARTY TO ATTEND SETTLEMENT
   CONF. BY TELEPHONE; CASE NO. C-07-4636 MMC                         4845-6846-4898

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    IT IS SO ORDERED.

2        Dated:  September ____, 2008

3

4

5                                              _____
                                               United States Magistrate Judge
6                                              Joseph C. Spero

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
[PROPOSED] ORDER ON APPLICATION FOR PARTY TO ATTEND SETTLEMENT
CONF. BY TELEPHONE; CASE NO. C-07-4636 MMC