1  Mark S. Askanas (SBN 122745)
   Dylan B. Carp (SBN 196846)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   *askanasm@jacksonlewis.com*
5
   Attorneys for Plaintiff
6  CRUMP INSURANCE SERVICES, INC.

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  CRUMP INSURANCE SERVICES, INC.,          Case No.  C-07-4636 MMC

12              Plaintiff,                    **PLAINTIFF CRUMP INSURANCE
                                              SERVICES, INC.'S SUPPLEMENTAL
13       v.                                   OPPOSITION TO APPLICATION FOR
                                              PARTY TO ATTEND SETTLEMENT
14  MICHAEL P. MCGRATH, an individual, ALL    CONFERENCE BY TELEPHONE**
    RISKS, LTD., a corporation, and Does 1
15  through 50, inclusive,                    Date:        September 22, 2008
                                              Time:        9:30 a.m.
16              Defendants.                   Courtroom:  A
                                              Judge:       Magistrate Joseph C. Spero
17

18

19

20

21

22

23

24

25

26

27

28

                                             1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Crump Insurance Services, Inc. files this Supplemental Opposition to Defendants' request that Defendant All Risks, Ltd.'s President Matt Nichols be permitted to be available by telephone for the Settlement Conference scheduled for Monday, September 22, 2008 at 9:30 a.m.

On September 8, and again on September 9, Crump's counsel informed Defendants' counsel that due to changes in Crump's counsel's schedule, Crump and its counsel are available September 25 or 26 and October 2 or 3 to reschedule the settlement conference, and asked Defendants' counsel for their availability.  Today, Defendants' counsel essentially refused to discuss their availability, stating instead that "In response to your most recent voice mail message, I do not believe it will be necessary to reschedule the settlement conference.  The Court called today and asked for a proposed order regarding our application, which we e-filed.  I assume the settlement conference will take place on September 22nd."

This Court should deny Defendants' request that Mr. Nichols by permitted to be available by telephone and order the parties to agree on alternate dates on which all parties may attend in person.  In the alternative, if this Court grants Defendants' request, it should also permit Crump's representative to attend by telephone as well, so that Crump is not forced to incur significantly greater expenses than Defendants and the parties' bargaining positions are not unfairly skewed.

Dated: September 9, 2008          /s/ Dylan B. Carp
                                  Mark S. Askanas, Esq.
                                  Dylan B. Carp, Esq.
                                  JACKSON LEWIS LLP
                                  Counsel for Plaintiff
                                  CRUMP INSURANCE SERVICES, INC.

PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO APPLICATION FOR PARTY TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE