1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  DENA L. NARBAITZ (SBN 176556)
   dnarbaitz@cdhklaw.com
3  KRISTEN L. WILLIAMS (SBN 232644)
   kwilliams@cdhklaw.com
4  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
5  727 Sansome Street
   San Francisco, CA  94111
6  Telephone:  (415) 835-9000
   Facsimile:  (415) 834-0443
7
   Attorneys for Defendants
8  MICHAEL P. McGRATH and  ALL RISKS, LTD.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   CRUMP INSURANCE SERVICES, INC.,           Case No.  C-07-4636 MMC
13
              Plaintiff,                     [~~PROPOSED~~] ORDER ON APPLICATION
14                                           FOR PARTY TO ATTEND SETTLEMENT
   vs.                                       CONFERENCE BY TELEPHONE
15
   MICHAEL P. McGRATH, an individual,        Date:       September 22, 2008
16 ALL RISKS, LTD., a corporation, and       Time:       9:30 a.m.
   Does 1 through 50, inclusive,             Courtroom:  A
17                                           Judge:      Magistrate Joseph C. Spero
              Defendants.
18                                           Trial Date: **December 1, 2008**

19

20

21     After consideration of Defendants All Risks, Ltd. and Michael McGrath's Application For

22 Party To Attend Settlement Conference by Telephone and Plaintiff Crump Insurance Services,
                                     **DENIES**
23 Inc.'s Opposition, this Court ~~finds good cause, grant~~s Defendants' Application ~~and will allow~~

24 ~~Defendant All Risks, Ltd., through its President, Matt Nichols, to appear at the Settlement~~

25 ~~Conference by telephone.  Mr. Nichols will be reached at (410) 828-5810, ext. 3053.  Defendant~~

26 ~~Michael McGrath shall attend the Settlement Conference in person.~~          /s/JCS

27

28

[PROPOSED] ORDER ON APPLICATION FOR PARTY TO ATTEND SETTLEMENT
CONF. BY TELEPHONE; CASE NO. C-07-4636 MMC                                    4845-6846-4898

1 | IT IS SO ORDERED.

2 | Dated: September __10__, 2008

**DENIED**

Judge Joseph C. Spero

United States Magistrate Judge
Joseph C. Spero

[PROPOSED] ORDER ON APPLICATION FOR PARTY TO ATTEND SETTLEMENT
CONF. BY TELEPHONE; CASE NO. C-07-4636 MMC