Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, <br><br>Defendants. | Case No. C-07-4636 MMC <br><br>**PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S APPLICATION TO COMPEL DEFENDANT ALL RISKS, LTD.'S SENIOR CORPORATE OFFICER TO ATTEND SETTLEMENT CONFERENCE** <br><br>Date: September 22, 2008 <br>Time: 9:30 a.m. <br>Courtroom: A <br>Judge: Magistrate Joseph C. Spero |

Plaintiff asks this Court to compel the attendance of a senior corporate officer of Defendant All Risks, Ltd. to attend the September 22, 2008 Settlement Conference. The Court has required the parties to attend a Settlement Conference represented by the person(s) with unlimited authority to negotiate the settlement. The Court's order states: "A person who needs to call another representative not present before agreeing to the settlement does not have full authority."

All Risks has identified Matt Nichols, its President, as the appropriate representative, and previously asked the Court to allow Mr. Nichols to participate telephonically at the Conference. Plaintiff opposed this request on the grounds that Mr. Nichols' personal attendance is necessary to ensure that the Conference is meaningful. After this Court denied Defendants' request to permit

Mr. Nichols to participate telephonically, Plaintiff again requested dates from Defendants when Mr. Nichols would be available to attend in person. However, Defendants have refused to discuss rescheduling the Settlement Conference, insisting that they will have an unnamed "company representative" attend "with settlement authority."

To make the Settlement Conference effective, Crump is having its General Counsel attend the conference from New York City. All Risks should have someone with equal authority and who is not required to call someone at corporate offices. All Risks has already made it clear to this Court that the appropriate person for attendance at the Conference is an officer from All Risks' Baltimore, Maryland headquarters.

As such, Plaintiff asks the Court either to compel the attendance of a senior corporate officer of All Risks to attend the September 22, 2008 Settlement Conference, whether it be Mr. Nichols or All Risks' Chief Executive Officer, Nicholas Cortezi, or to require the parties to schedule a new date when attendance by the appropriate corporate officers of all parties is possible.

Dated: September 12, 2008                    JACKSON LEWIS LLP


                                             By: _____
                                                 Mark S. Askanas
                                                 Dylan B. Carp
                                                 Attorneys for Plaintiff
                                                 CRUMP INSURANCE SERVICES, INC.