Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, <br><br> Defendants. | Case No. C-07-4636 MMC <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF CRUMP INSURANCE SERVICES, INC.'S APPLICATION TO COMPEL DEFENDANT ALL RISKS, LTD.'S SENIOR CORPORATE OFFICER TO ATTEND SETTLEMENT CONFERENCE <br><br> Date: September 22, 2008 <br> Time: 9:30 a.m. <br> Courtroom: A <br> Judge: Magistrate Joseph C. Spero |

The Court, having considered Plaintiff Crump insurance Services, Inc.'s Application to Compel Defendant All Risks, Ltd.'s Senior Corporate Office to Attend Settlement Conference, GRANTS the Application. All Risks is compelled to have a senior corporate officer attend the September 22, 2008 Settlement Conference.

Dated: _____

_____
JOSEPH C. SPERO
Magistrate Judge, United States District Court
Northern District of California