1    Mark S. Askanas (SBN 122745)
     Dylan B. Carp (SBN 196846)
2    JACKSON LEWIS LLP
     199 Fremont Street, 10th Floor
3    San Francisco, California 94105
     Telephone: (415) 394-9400
4    Facsimile: (415) 394-9401
     askanasm@jacksonlewis.com
5
     Attorneys for Plaintiff
6    CRUMP INSURANCE SERVICES, INC.

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   CRUMP INSURANCE SERVICES, INC.,        Case No. C-07-4636 MMC

12              Plaintiff,                   **STIPULATION TO MODIFY
                                             BRIEFING SCHEDULE AND
13        v.                                 CHANGE HEARING DATE ON
                                             DEFENDANTS' MOTION FOR
14   MICHAEL P. MCGRATH, an individual, ALL  SUMMARY JUDGMENT AND
     RISKS, LTD., a corporation, and Does 1  [PROPOSED] ORDER**
15   through 50, inclusive,
                                             Date:        October 10, 2008
16              Defendants.                  Time:        9:00 a.m.
                                             Courtroom:   7
17                                           Judge:       Maxine M. Chesney

18

19

20

21

22

23

24

25

26

27

28
                                          1                  Case No. C-07-4636 MMC
     [PROPOSED] ORDER; STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE
                 ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1    Magistrate Judge Larson previously ordered Defendants All Risks, Ltd. and Michael

2    McGrath to produce documents responsive to requests propounded by Plaintiff Crump Insurance

3    Services, Inc. by September 8, 2008. Defendants produced close to 2000 pages at that time.

4    However, the retrieval of archived tapes and the restoration of those tapes delayed Defendants'

5    ability to review additional electronic documents that may have been responsive. As a result,

6    Defendants produced an additional 1000 pages on September 15, 2008 and may have a final set of

7    documents ready to be produced by September 17, 2008. Accordingly, it is appropriate to allow

8    Plaintiff additional time to review those documents prior to completing and filing its Opposition

9    to Defendants' Motion for Summary Judgment. That Opposition is currently due on September

10   19, 2008. The parties thus have good cause to request that this Court extend the time for Plaintiff

11   to file its Opposition, which also causes a continuance in the hearing on Defendants' Motion for

12   Summary Judgment.

13       Defendants All Risks, Ltd. and Michael McGrath and Plaintiff Crump Insurance Services,

14   Inc. hereby stipulate to modify the briefing schedule for Defendants' Motion for Summary

15   Judgment and the hearing date as follows:

16       Plaintiff's Opposition due **Friday, October 3, 2008.**

17       Defendants' Reply due **Friday, October 10, 2008.**

18       Hearing moved to 9:00 a.m. on **Friday, October 24, 2008.**

19   Dated: 9/15/08

20                              Mark S. Askanas, Esq.
                               Dylan B. Carp, Esq.
21                              JACKSON LEWIS LLP
                               Counsel for Plaintiff
22                              CRUMP INSURANCE SERVICES, INC.

23

24

25   Dated: 9-15-08

26                              John Baum, Esq.
                               CURIALE DELLAVERSON
27                              HIRSCHFELD & KRAEMER, LLP
                               Counsel for Defendants
28                              MICHAEL P. MCGRATH and ALL RISKS, LTD.

                                          2                    Case No. C-07-4636 MMC
     [PROPOSED] ORDER; STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE
                   ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**[PROPOSED] ORDER**

In consideration of the above, IT IS SO ORDERED that the briefing schedule is modified and hearing date is moved on Defendants' Motion for Summary Judgment as follows:

Plaintiff's Opposition due **Friday, October 3, 2008**.

Defendants' Reply due **Friday, October 10, 2008**.

Hearing moved to 9:00 a.m. on **Friday, October 24, 2008**.

Dated: _____          _____
                                           MAXINE M. CHESNEY
                                           Judge, United States District Court
                                           Northern District of California

3                    Case No. C-07-4636 MMC