Mark S. Askanas (SBN 122745)
Dylan B. Carp (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
askanasm@jacksonlewis.com

Attorneys for Plaintiff
CRUMP INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUMP INSURANCE SERVICES, INC., | Case No.  C-07-4636 MMC |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | Date:          October 10, 2008<br>Time:          9:00 a.m.<br>Courtroom:  7<br>Judge:        Maxine M. Chesney |
| Defendants. | |

1

[PROPOSED] ORDER; STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE
ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Magistrate Judge Larson previously ordered Defendants All Risks, Ltd. and Michael McGrath to produce documents responsive to requests propounded by Plaintiff Crump Insurance Services, Inc. by September 8, 2008. Defendants produced close to 2000 pages at that time. However, the retrieval of archived tapes and the restoration of those tapes delayed Defendants' ability to review additional electronic documents that may have been responsive. As a result, Defendants produced an additional 1000 pages on September 15, 2008 and may have a final set of documents ready to be produced by September 17, 2008. Accordingly, it is appropriate to allow Plaintiff additional time to review those documents prior to completing and filing its Opposition to Defendants' Motion for Summary Judgment. That Opposition is currently due on September 19, 2008. The parties thus have good cause to request that this Court extend the time for Plaintiff to file its Opposition, which also causes a continuance in the hearing on Defendants' Motion for Summary Judgment.

Defendants All Risks, Ltd. and Michael McGrath and Plaintiff Crump Insurance Services, Inc. hereby stipulate to modify the briefing schedule for Defendants' Motion for Summary Judgment and the hearing date as follows:

Plaintiff's Opposition due **Friday, October 3, 2008**.

Defendants' Reply due **Friday, October 10, 2008**.

Hearing moved to 9:00 a.m. on **Friday, October 24, 2008**.

Dated: 9/15/08

Mark S. Askanas, Esq.
Dylan B. Carp, Esq.
JACKSON LEWIS LLP
Counsel for Plaintiff
CRUMP INSURANCE SERVICES, INC.

Dated: 9-15-08

John Baum, Esq.
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Counsel for Defendants
MICHAEL P. MCGRATH and ALL RISKS, LTD.

2                          Case No. C-07-4636 MMC

[PROPOSED] ORDER; STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE
ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

2                              [PROPOSED] ORDER

3          In consideration of the above, IT IS SO ORDERED that the briefing schedule is modified

4   and hearing date is moved on Defendants' Motion for Summary Judgment as follows:

5          Plaintiff's Opposition due **Friday, October 3, 2008**.

6          Defendants' Reply due **Friday, October 10, 2008**.

7          Hearing moved to 9:00 a.m. on **Friday, October 24, 2008**.

8

    Dated: _ September 16, 2008 _
9
                                          MAXINE M. CHESNEY
10                                        Judge, United States District Court
                                          Northern District of California
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3              Case No. C-07-4636 MMC
    [PROPOSED] ORDER; STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE
                    ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT