**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRUMP INSURANCE SERVICES,                    No. C07-04636 MMC  (JCS)

        Plaintiff(s),                    **NOTICE AND ORDER RESCHEDULING SETTLEMENT CONFERENCE**

    v.

MICHAEL P. MCGRATH,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Settlement Conference previously scheduled for September 22, 2008, at 9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, has been rescheduled for **September 22, 2008 at 1:00 p.m.**

    IT IS SO ORDERED.

Dated: September 19, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge