| | |
|---|---|
| 1 | Mark S. Askanas (SBN 122745) |
|   | Dylan B. Carp (SBN 196846) |
| 2 | JACKSON LEWIS LLP |
|   | 199 Fremont Street, 10th Floor |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |
|   | askanasm@jacksonlewis.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | CRUMP INSURANCE SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRUMP INSURANCE SERVICES, INC., | | Case No. C-07-4636 MMC |
| Plaintiff, | | SECOND STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER |
| v. | | |
| MICHAEL P. MCGRATH, an individual, ALL RISKS, LTD., a corporation, and Does 1 through 50, inclusive, | | |
| Defendants. | | Date:       October 24, 2008 |
| | | Time:       9:00 a.m. |
| | | Courtroom:  7 |
| | | Judge:      Maxine M. Chesney |

1

Case No. C-07-4636 MMC

[PROPOSED] ORDER; SECOND STIPULATION TO MODIFY BRIEFING SCHEDULE AND CHANGE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

At the Settlement Conference held September 22, 2008 before Magistrate Judge Joseph C. Spero, the parties reached an agreement in principal. The parties must draft a settlement agreement. So that the parties may work on drafting a settlement agreement instead of briefing Defendants' pending summary judgment motion, Defendants All Risks, Ltd. and Michael McGrath and Plaintiff Crump Insurance Services, Inc. hereby stipulate to modify the briefing schedule for Defendants' Motion for Summary Judgment and the hearing date as follows:

Plaintiff's Opposition due **Friday, October 10, 2008**.

Defendants' Reply due **Friday, October 17, 2008**.

Hearing moved to 9:00 a.m. on **Friday, October 31, 2008**.

Dated: 9/25/08

Mark S. Askanas, Esq.
Dylan B. Carp, Esq.
JACKSON LEWIS LLP
Counsel for Plaintiff
CRUMP INSURANCE SERVICES, INC.

Dated: 9-24-08

John Baum, Esq.
CURIALE DELLAVERSON
HIRSCHFELD & KRAEMER, LLP
Counsel for Defendants
MICHAEL P. MCGRATH and ALL RISKS, LTD.

### [PROPOSED] ORDER

In consideration of the above, IT IS SO ORDERED that the briefing schedule is modified and hearing date is moved on Defendants' Motion for Summary Judgment as follows:

Plaintiff's Opposition due **Friday, October 10, 2008**.

Defendants' Reply due **Friday, October 17, 2008**.

Hearing moved to 9:00 a.m. on **Friday, October 31, 2008**.

Dated: September 25, 2008

MAXINE M. CHESNEY
Judge, United States District Court
Northern District of California